No. — – ——. CALLEY *v.* CALLAWAY, SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Motion to dispense with printing portions of appendix to petition for writ of certiorari granted. Typewritten or otherwise reproduced copies of nonprinted opinions will be acceptable only if legible.

No. D–57. IN RE DISBARMENT OF PARSONS. It is ordered that Russell Edward Parsons, of Santa Ana, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–58. IN RE DISBARMENT OF TARBOX. It is ordered that Robert Earl Tarbox, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–59. IN RE DISBARMENT OF NELSON. It is ordered that Raymond Alexander Nelson, of San Anselmo, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 74–175. MIDDENDORF, SECRETARY OF THE NAVY, ET AL. *v.* HENRY ET AL.; and

No. 74–5176. HENRY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. [Restored to calendar, 421 U. S. 906.] Motion for leave to file memorandum suggesting that this Court's holdings after oral argument in these cases at bar raise new question of law granted.